ACCEPTED
06-18-00022-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 10:26 AM
DEBBIE AUTREY
CLERK

No. 06-18-00022-CV

## IN THE COURT OF APPEALS
## FOR THE SIXTH DISTRICT OF TEXAS
## AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2018 10:26:57 AM
DEBBIE AUTREY
Clerk

### Mike Green d/b/a Residential Inspections
*Appellants,*

v.

### Southern County Mutual Insurance Company
*Appellee.*

From the 114th Judicial District Court of Smith County, Texas

Trial Court Cause No. 15-2067-B

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS:

Comes now Appellant Wanda Green and Mike Green d/b/a Residential Inspections ("Appellant") and files this Unopposed Motion for Extension of Time to file it Appellant's Brief and would respectfully show the Court as follows:

Currently, Appellants' Brief is due on June 6, 2018. Counsel for Appellants is seeking a thirty (30) day extension to file its Appellant's Brief, making the new deadline July 6, 2018. Since the last motion for extension

SECOND UNOPPOSED MOTION FOR EXTENSION                                         1

4025225V.1

was filed, the parties engaged in settlement negotiations and reached a settlement. So that the parties have time to execute the settlement and perform its terms, and so that Appellants do not waive their right to file an Appeal in the event that the settlement somehow falls through, Appellants' requests that they be given an extension of their deadline up to and including **July 6, 2018**.

On June 5, 2018, Dava Greenberg-Spindler, counsel for Appellant, conferred with counsel for Appellee. Counsel for Appellee stated he was unopposed to the relief sought in this motion. Appellant respectfully requests this Court grant a thirty day extension of time to file its brief, moving the deadline from June 6, 2018, to July 6, 2018. This request is sought not solely for delay, but so that justice may be done in the disposition of this appeal. The requested extension is not calculated to prejudice and should not unfairly prejudice the Appellees and should not unduly delay the resolution of this matter.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully request that this Court grant its motion seeking a thirty day extension and extend the deadline to file its Appellant's Brief from June 6, 2018, to July 6, 2018.

4025225V.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP


By: _/s/ Dava Greenberg-Spindler_
Susan A. Schwartz
State Bar No. 00797900
susan.schwartz@wilsonelser.com
Dava Greenberg-Spindler
State Bar No. 24097764
dava.greenberg-spindler@wilsonelser.com
901 Main Street, Suite 4800
Dallas, Texas 75202
Telephone: 214/698-8000
Facsimile: 214/698-1101

**ATTORNEYS FOR APPELLANT**


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of June, 2018, the foregoing document was served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure.


_Dava Greenberg-Spindler_
Dava Greenberg-Spindler

## CERTIFICATE OF CONFERENCE

This is to certify that on June 5, 2018, the undersigned conferred with counsel for Appellee regarding the above-referenced motion and was advised the motion is unopposed. Accordingly, the motion being unopposed, it is submitted to the Court for its determination.

*Dava Greenberg-Spindler*
Dava Greenberg-Spindler

4025225V.1